IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KENNETH WITHERS,**                                07-CV-147-BR

        Plaintiff,                            JUDGMENT OF REMAND

v.

**MICHAEL J. ASTRUE,**
Commissioner of Social
Security,

        Defendant.


**RORY JOSEPH LINERUD**
Linerud Law Firm
P.O. Box 1105
Salem, OR 97308
(503) 587-8776

        Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1158

1  -  JUDGMENT

**DAVID MORADO**
Regional Chief Counsel
**JOANNE ELIZABETH DANTONIO**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2730

       Attorneys for Defendant

      Based on the Court's Opinion and Order (# ) issued August 6, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

      DATED this 6th day of August, 2008.

                                         /s/ Anna J. Brown

                                         _____
                                         ANNA J. BROWN
                                         United States District Judge